UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRENT GOODLETT,

   Plaintiff,

v.

CREDIT CONTROL SERVICES, INC.
D/B/A CREDIT COLLECTION SERVICES,

   Defendant.

Civil Action No.:
0:22:cv-60014-RS

### DEFENDANT CREDIT CONTROL SERVICES, INC.'S
### RESPONSE TO ORDER TO SHOW CAUSE

Defendant Credit Control Services, Inc. d/b/a Credit Collection Services ("CCS"), by and through its counsel, Gordon Rees Scully Mansukhani, LLP hereby serves its Response to Order to Show Cause (D.E. 13) and states as follows:

1. Plaintiff filed his Complaint on or about November 24, 2021 in the County Court of the 17th Judicial Circuit In and For Broward County, Florida asserting violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA") and specifically, violation of Section 1692(c) relying upon the 11th Circuit's April 21, 2021 decision in *Hunstein v Preferred Collection & Management Services, Inc.*, No. 19-14434, 2021 U.S. App. LEXIS 11648[1], the Florida Consumer Collection Practices Act ("FCCPA") and violations under various sections of Florida Administrative Code, Rules 69V-180.080 and 69V-180.090.

2. CCS was served with the State Court action on and timely removed from the State Court to the United States District Court, Southern District of Florida on January 3, 2022. *See* D.E. 1.

---

[1] Plaintiff's original complaint was filed in the State Court action after the Eleventh Circuit *sua sponte* vacated its opinion and ordered an *en banc* hearing on November 17, 2021.

3. CCS filed its Answer with Affirmative Defenses to Plaintiff's Complaint on January 11, 2022. *See* D.E. 6.

4. Plaintiff filed his First Amended Complaint on January 19, 2022. *See* D.E. 9.

5. CCS timely filed its Answer with Affirmative Defenses to Plaintiff's First Amended Complaint on February 1, 2022. *See* D.E. 10.

6. CCS also filed its Motion to Strike Paragraphs 14-18 pursuant to Fed. R. Civ. Pro. 12f after conferring with plaintiff's counsel and once the parties could not come to an agreement with respect to remedying CCS' Motion to Strike. *See* D.E. 11 and 11-1.

7. The Motion to Strike is unrelated to Plaintiff's *Hunstein* claim, and should be resolved prior to staying this matter pending the *Hunstein* decision.

8. CCS drafted and intended to file its Motion to Join Consolidated Actions after the Court issued its decision on the pending Motion to Strike.  (*See* "**Exhibit A**")

9. Plaintiff is represented by counsel in several matters against CCS which have been already been consolidated by this Court. *See* Darden v CCS, 1:21-cv-23149-Gayles/Torres.

10. Those consolidated actions have been stayed by Judge Gayles pending the Eleventh Circuit's decision in the en banc rehearing of Hunstein v. Preferred Collection & Mgmt. Servs., 17 F.4th 1103 (11th Cir. 2021).  *See* Darden v CCS, 1:21-cv-23149-Gayles/Torres (Dec. 20, 2021 - Paperless Order).

11. CCS agrees that this matter should be consolidated and stayed pending the Eleventh Circuit's decision after its *en banc* rehearing in Hunstein.

12. CCS hereby respectfully requests that the Court allow CCS to file its Motion to Consolidate after Plaintiff responds to Defendant's Motion to Strike directed at the Amended Complaint.

Dated: February 11, 2022

                                      Respectfully submitted,

                                      **GORDON REES SCULLY MANSUKHANI**

By:    */s/Chantel C. Wonder*
          Chantel C. Wonder
          Florida Bar No.: 0087601
          cwonder@grsm.com
          Miami Tower
          100 SE Second Street, Suite 3900
          Miami, FL 33131
          Tel:  (Direct) 813-523-4945
          Facsimile 813-377-3505
          *Counsel for Defendant, Credit Control Services, Inc., d/b/a Credit Collection Services*

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on February 11, 2022, a true and accurate copy of the foregoing Rule 5.1 Notice was filed and served upon the following parties and participants via ECF:

Jibrael S. Hindi
Thomas J. Patti
JIBRAEL S. HINDI, ESQ.
THOMAS J. PATTI, ESQ.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com
*Attorneys for Plaintiff*

                                      *Chantel C. Wonder*
                                      Chantel C. Wonder, Esq.